**Dismissed and Opinion Filed July 3, 2018.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00457-CV

**KEVIN BULIN, AS SPOUSE AND LEGAL REPRESENTATIVE OF DEDRIA BULIN, Appellant**

**V.**

**NICHOLAS J. PEIFFER, M.D., Appellee**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-07766**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Evans, and Justice Brown
Opinion by Justice Evans

Before the Court is appellant's June 29, 2018 motion to dismiss this appeal. We grant the

motion and dismiss this proceeding. *See* TEX. R. APP. P. 42.1(a)(1).

/David Evans/
DAVID EVANS
JUSTICE

180457F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

KEVIN BULIN, AS SPOUSE AND
LEGAL REPRESENTATIVE OF DEDRIA
BULIN, Appellant

No. 05-18-00457-CV      V.

NICHOLAS J. PEIFFER, M.D., Appellee

On Appeal from the 14th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-17-07766.
Opinion delivered by Justice Evans. Chief
Justice Wright and Justice Brown
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee NICHOLAS J. PEIFFER, M.D. recover his costs of this appeal from appellant KEVIN BULIN, AS SPOUSE AND LEGAL REPRESENTATIVE OF DEDRIA BULIN.

Judgment entered this 3rd day of July, 2018.